**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1995**

In Re:  PEPI SCHAFLER,

                    Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  September 30, 2010        Decided:  October 14, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Pepi Schafler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pepi Schafler has filed a petition for writ of habeas corpus requesting that the court recall its mandate in case No. 09-2298. We have reviewed the record and find that Schafler is not entitled to the relief requested. Accordingly, we deny the petition. We also deny Schafler's motion to seal documents and her motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>